DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**16859 SW 49 COURT LLC.,** et al.,
Appellant,

v.

**REFRESH FUNDING, LLC.,**
Appellee.

No. 4D21-1985

[March 24, 2022]

Appeal nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol Lisa Phillips, Judge; L.T. Case No. CACE19-24250.

Ovide Val, Miami, for appellant.

John L. Penson of John L. Penson, P.A., Miami Beach, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., CIKLIN and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***